# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

IN THE MATTER OF THE
SUCCESSIONS OF EDWARD ALBERT
O'NEAL AND VIRGINIA GRAZIANO
O'NEAL

NO.   2020 CW 1268

**MARCH 15, 2021**

In Re:   Terrence J. Donahue, Jr., in his personal capacity and
in his capacity as trustee of Edward Albert O'Neal -
Virginia Graziano O'Neal Trust, and Patricia O'Neal
Donahue, applying for supervisory writs, 19th Judicial
District Court, Parish of East Baton Rouge, No.
103877.

BEFORE:   **McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

   **WRIT DENIED.**

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT